# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1758

_____

Anthony C. Kenney,                              *
                                                *
          Appellant,                            *
                                                *
     v.                                         *    Appeal from the United States
                                                *    District Court for the
Wiley Sanders Trucking Company;                 *    Eastern District of Arkansas.
David Nelson, Director,                         *
                                                *        [UNPUBLISHED]
          Appellees.                            *

_____

Submitted: August 30, 2001

Filed: September 5, 2001

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE,
    Circuit Judges.

_____

PER CURIAM.

Anthony Kenney appeals the district court's[1] dismissal of his employment discrimination suit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. For the reasons stated by the district court, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.